Núm. 7865.—Souffront et als., apltes. v. Franco, aplda.—C. D. Bayamón. Noviembre 23, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, apareciendo que los apelantes tienen hasta diciembre 8 del corriente año para presentar su alegato de acuerdo con la prórroga concedida por esta Corte en noviembre 9, y existiendo la posibilidad de suscitarse en dicho alegato alguna cuestión que no carezca enteramente de mérito, no ha lugar por ahora a la desestimación solicitada.

Los siguientes casos fueron desestimados por abandono: Núms. 7084, 7085, 7086, 7087, 7574, 7594, 7772, 7805, 7854 y 7887.

## (c) FRIVOLIDAD DE RECURSOS